IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MILES D. MCDONNELL                                                      PLAINTIFF

v.                           No. 4:24-cv-68-DPM

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY                                                     DEFENDANT

## JUDGMENT

McDonnell's complaint is dismissed with prejudice. The Court retains jurisdiction until 14 October 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

13 August 2025